Motion by Medical Society of the State of New York et al. for leave to appear amici curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.

Jo'Ell Sheppard-Mobley et al., Respondents, v Leslie King et al., Appellants.

Submitted March 14, 2005; decided March 24, 2005

Motion by New York State Trial Lawyers Association, Inc. for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.

Jo'Ell Sheppard-Mobley et al., Respondents, v Leslie King et al., Appellants.

Submitted March 7, 2005; decided March 24, 2005

Motion by New York and Presbyterian Hospital et al. for leave to appear amici curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.

In the Matter of Larry Williams, Appellant, v Brion D. Travis, as Chair of the New York State Board of Parole, Respondent.

Submitted January 3, 2005; decided March 24, 2005

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot. Motion for poor person relief dismissed as academic.